1
2
3
4                           UNITED DISTRICT COURT
5                                   For the
6                             DISTRICT OF OREGON
7
8  UNITED STATES OF AMERICA,        )
                                    )
9         Plaintiff,                )   Case No. 3:16-CR-00187-MO
                                    )
10                                  )
          v.                        )
11                                  )   **MOTION FOR WITHDRAWAL**
                                    )
12 JAMIE FAYE COBAT,                )
                                    )
13        Defendant.                )
14

15      The Defendant by and through her counsel, Shanon L. Gray, hereby moves the court to
16 allow Defense Counsel to withdraw for the reasons set forth in the attached Affidavit in
17 Support.
18      Dated this 16th day of June, 2017.
19
20                                              By:_____
21                                              Shanon L. Gray, OSB#01266
                                                Counsel for Defendant
22
23
24
25
26

Page 1 --  **MOTION FOR WITHDRAWAL**