UNITED STATES DISTRICT COURT

For the

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>JAMIE FAYE COBAT,<br><br>                    Defendant. | Case No. 3:16-cr-00187-MO<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

THIS MATTER having come before the court and the court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Defendant's Motion for Withdrawal, removing Shanon L. Gray as attorney of record is GRANTED.

IT IS SO ORDERED this _____ day of June, 2017.

                                                                         United States Magistrate Judge