UNITED DISTRICT COURT

For the

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMIE FAYE COBAT,<br><br>    Defendant. | Case No. 3:16-CR-00187-MO<br><br>**AFFIDAVIT IN SUPPORT MOTION TO WITHDRAW** |

| | |
|---|---|
| STATE OF OREGON )<br>                           ) ss.<br>COUNTY OF CLACKAMAS ) | |

I, Shanon L. Gray, counsel for the Defendant, being first duly sworn on oath, depose and say:

I am the attorney of record for the Defendant herein.

The Defendant was convicted of (1) one count of Wire Fraud and (3) three counts of Theft of Government Funds on March 6, 2017. The sentencing date for Ms. Cobat is scheduled for July 13, 2017.

Ms. Cobat has informed me that she no longer wishes for me to represent her on this matter and she plans on hiring another attorney for appellate issues, motions for a new trial and for her sentencing. I have not been contacted by new counsel at this time.

Page 1 -- **AFFIDAVIT**

1

2   Therefore I am requesting that I be withdrawn as the attorney of record for Ms. Cobat.

3   This motion is filed in good faith and is not intended to create unnecessary or undue delay.

4

5

    By: _____
6   Shanon L. Gray, OSB#01266
    Counsel for Defendant
7

8

9   SUBSCRIBED and SWORN to before me this __16th__ day of June, 2017, in

10  __Clackamas__ County.

11

12

    OFFICIAL STAMP
    JOCELYN UVALDA PYGOTT
13  NOTARY PUBLIC - OREGON
    COMMISSION NO. 961156
    MY COMMISSION EXPIRES APRIL 02, 2021
                                            _____
14                                          Notary Public for Oregon

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -- **AFFIDAVIT**