UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

FILED 30 JUN '17 11:27 USDC-ORP

A true Copy of the Original

X JC

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO 3:16-CR-187-MO |
| VS. | |
| JAMIE FAYE COBAT, dba | MOTION TO AFFECT CHANGE OF COUNCIL |
| Defendant. | SUPERSEDING INDICTMENT |

The facts for the motion to affect change of Council are these;

    1) Whereas, It has become apparent that I had to dismiss council, for just cause for his blatant incompetency and inattentiveness to my case.

    2) Whereas, I shall reserve my right to appeal.

    3) Whereas. it is my intent to submit an "affidavit of truth" that my evidence and any witnesses I may have shall be on the court of record.

    4) Whereas, JAMIE FAYE COBAT, is a corporate fictional Entity (BOND No B03119906) CUSIP 543780979 berthed/birthed by the STATE OF OREGON INC. filed on Date; February 10, 1966 (File No 00-2260805) and misused by the UNITED STATES OF AMERICA INC., and USA INC. and it(s) subsidiaries as a 14th amendment citizen or Subservient Slave Identification # or as is called a SSI# (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) and its subsidiaries, all of which are Private Foreign to a living soul as

Governmental services corporations.

5) And, whereas, I am a living soul, of Oregon state. born by my mother and father on February 4th, in the year of our Lord 1966.

6) Whereas, I have willingly appeared in Honor and by special invitation and assignment, That I am making known to the court at this time having previously reserved my rights under UCC 1-308. That I, a living soul, am giving this notice freely and without prejudice, and without recourse and with Honor, and all due respect, that I, a living soul, am "not", "One and the same" as the fiction listed above. That I do reserve all rights granted me by my creator and not of man or mans laws.

7) Whereas, if it pleases the court, this "MOTION TO AFFECT CHANGE OF COUNCIL" should be granted a 28 day(s) additional time.

8) Whereas, Notice to agent is notice to principle, Notice to principle is notice to agent.

RESPECTFULLY SUBMITTED this 29th day of May, in the year of our lord 2017.

By _Jamie Faye Cobat_ ; A living soul
Jamie/Faye; Cobat sui juris In God I trust, by his grace alone I live without prejudice without recourse UCC 1-308

State of: Oregon
County of: Lake
Signed before me by Jamie Faye Cobat on May 30, 2017.
Rachel Cooper
Notary of Oregon
Commission exp Aug 03, 2020

OFFICIAL STAMP
RACHEL LYNN COOPER
NOTARY PUBLIC-OREGON
COMMISSION NO. 952980
MY COMMISSION EXPIRES AUGUST 03, 2020

# Jurat

## CERTIFICATE
### Verification upon Oath or Affirmation

State of OREGON
County of Lake

Signed and sworn to (or affirmed) before me on the 30 day of May, 20 17, by Jamie Faye Cobat.

Rachel Cooper
Notary Public – State of Oregon

Rachel Cooper
Print name

Aug. 03, 2020
My commission expires

**OFFICIAL STAMP**
**RACHEL LYNN COOPER**
NOTARY PUBLIC-OREGON
COMMISSION NO. 952980
MY COMMISSION EXPIRES AUGUST 03, 2020

This certificate is attached to a Motion To Affect Change of Counl SUPERSEDING INDICTMENT without prejudice without Recorce UCC 1.308 UCC 1.308
signed by Jamie Faye Cobat
on ~~May 31st 2017~~, 2 pages.

Other document information: NONE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US DISTRICT CRT
   MARK O. HATFIELD US COURTHOUSE
   1000 SW THIRD AVE
   PORTLAND OR 97204

   9590 9403 0258 5155 8817 42

2. Article Number (Transfer from service label)

   7015 0640 0006 7334 7467

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   Matthew Brennan                   6/5/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

*Proof of Service on the Court of Record*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US DISTRICT COURT
   1000 SW THIRD AVE
   PORTLAND OR 97204

   9590 9403 0258 5155 8817 35

2. Article Number (Transfer from service label)

   7012 3050 0000 5602 0878

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   Matt Brennan                      6/5/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jamie Cobet
2189 maury st
Near 97555
Lebanon 97355 ?

USPS TRACKING#

9590 9403 0258 5155 8817 42

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jamie Cobet
2189 maury st
Near 97355

USPS TRACKING#



9590 9403 0258 5155 8817 35