# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

UNITED STATES OF AMERICA

VS

JAMIE FAYE COBAT, dba

    Defendant.

by; jamie faye; of family Cobat - A Living Soul, as Sui Juris

CASE NO 3:16-CR-187-MO

## NOTICE TO ALL

## AFFIDAVIT OF TRUTH and REPUDIATION

Be it known to all who call themselves "government," their "courts," agents, and other parties, i.e. debt collectors, that I, a living soul, …am a free born sovereign individual, without subjects. I, am neither subject to any entity anywhere, nor is any entity subject to me. I, neither dominate anyone, nor am I, dominated. I, choose to be left alone to live out my days in peace on the "Land" and under the jurisdiction of God.

I, am not a "person" as defined in "Rules" "Codes" and "statutes" when such definition includes any such "artificial entities." I, refuse to be treated as a "federally" or "state" created fictional entity which is only capable of exercising certain limited rights,

privileges, or immunities as specifically "granted" by "federal", or "state", "county" or "city" or any other "governments" of any kind.

I, live my life by the laws of God and as such "I, love my neighbor" and "I, do no harm". I, may voluntarily by my own desire, choose to comply with the "laws" which others attempt to impose upon me, but no such "laws," derived by man and at the whims of politicians, nor their "enforcers," have any authority over me. I, am not in any "jurisdiction," but my own, for I am not of either "subject" nor "citizen" status.

Unless I have, willfully harmed or violated someone or someone's property without their consent, I have not committed any crime, and am therefore not subject to any penalty. Where there is No victim, there is No crime. An entity is not ever a victim, nor is it possible for it to be a victim, as there is no life blood nor a living soul.

Thus, be it known to all, that I, reserve my natural right not to be compelled to perform under any "contract" that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not, accept the "liability" associated with the compelled debt and/or pretended "benefit" of any hidden or unrevealed "contract" or "commercial agreement"

As such, the hidden or unrevealed "contracts" that supposedly create "obligations" to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have, participated in any of the supposed "debts" or "benefits" associated with these hidden "contracts," I have done so under duress, and as a victim of fraud, for lack of

any other practical alternative. Having recently learned of the fraud created upon my birth by the acts of the UNITED STATES Government.

I may, have received such "benefits" but I have not, accepted them in any manner that binds me to anything.

Any such participation does not constitute "acceptance," because of the absence of full disclosure of any valid offer, and voluntary consent without misrepresentation or coercion.

Without a valid voluntary offer and acceptance, knowingly entered into by both parties, With complete and full disclosure and that may have been made under the duress of pain or injury or sickness there is no "meeting of the minds or of the souls," and therefore there is no valid contract. Any supposed "contract" is therefore void from the beginning.  And, is Fraud. As is any perceived debts acquired there from.

From my age of consent 18, to the date affixed below I have never signed a contract knowingly, willingly, intelligently, voluntarily, and intentionally whereby I have waived any of my natural inherent rights. Furthermore, take notice; that I revoke, cancel, and make void from the beginning my signature on any and all "contracts," "agreements," "forms," or any "instrument" which may be construed in any way to give any agency or department of any "government" any "authority," "venue," or "jurisdiction" over me. Typical examples of such compelled and pretended "benefits" are:

1. "Birth Certificate": No issuance of (a) Birth certificate or berth registration printed upon any "bond paper", Whether federally by the UNITED STATES or by the "State/STATES of____ANY and ALL____" or any agency or subsidiary thereof having taken place prior to and before the age of my maturity shall thus constitute a contract. Having given no consent or meeting of "the mind and soul" under full and honest disclosure of the meaning of said contract. and any use thereof for investment or insurance purposes constitutes fraud, and trespass upon my self. This is constructive fraud, Unlawful Conversion, barratry, press ganging, Peonage, and other felonies. And neither shall (b) the "SSI" # or subservient servant identity# as stated above... Having also such taken place prior to age of maturity.

2. The use of a national fiat currency to discharge my debts: I have used these only because there is no other widely recognized currency. The removal of such legal money and the institution of Tender that never has the ability to discharge a debt, but to tender it to a future date is both a travesty and an immoral act of government.

3. The use of a bank account:  If there is any hidden "contract" behind an account, my signature therewith gives no validity to it. The signature is only for verification of identity. I cannot be obligated to fulfill any hidden or unrevealed "contract" whatsoever, due to the absence of full disclosure and voluntary consent.
Likewise, my use of the bank account is due to the absence of an alternative. To not use any bank at all is very difficult and impractical. I shall no longer sign/signature

anything, if my name is put forth by me on paper it shall be as my Autograph only, without prejudice and without recourse under UCC 1-308.

4. The use of a "driver's license": The Right to TRAVEL by private conveyance for private purposes upon the Common way can NOT BE INFRINGED. No license or permission is required for TRAVEL when such TRAVEL IS NOT for the purpose of [COMMERCIAL] PROFIT OR GAIN on the open highways operating under license IN COMMERCE. However, if I am stopped for any reason and found to be without a "license," it is likely I would be unduly harassed and penalized. Therefore, under duress, I may carry a "license" only to avoid extreme inconvenience.

5. "State plates" on my car: Similarly, if I have "registered" my car with the "state" and carry the "state plates" on it, I have done so only because to have any other "plates" or no "plates" at all, causes me to run the risk of "police officer" harassment and threat of violence against my peaceful self and extreme inconvenience of self having to train those that should already know, who "just are doing their job" and not thinking for them-self.

6. The use of a "passport": There is no real need for me to have a "passport" (or other associated "permits," "visas," etc.) to travel. I have the right to travel without hindrance, wherever, however, and whenever I wish, so long as I do not encroach upon the private property of others. Though without a "passport," my right to travel is unduly

hindered. Therefore, under duress, I only use a "passport" to prevent extreme inconvenience and to ensure that I can travel from one "country" to another at all.

7. Past "filing" of "tax returns": Because such "tax returns" were "filed" under threat, duress, and coercion, and no two-way contract was ever signed with full disclosure, there is nothing in any past "filing" of "tax returns" or payments that created any valid contract. Therefore, no obligation on my part was ever created.

8. Past "enrollment" and "voting": Similarly, since no obligation to perform in any manner was ever revealed in print, as part of the "requirements" for the supposed "privilege" to "enroll" and to "vote," any such "enrollment" or "voting" does not oblige me to do anything, nor grant any "jurisdiction" over me to anyone.

9. "Citizenship": Any document I may have ever signed, in which I answered "yes" to the question, "**Are you a United States citizen**?" — cannot be used to compromise my status as a sovereign, nor obligate me to perform in any manner. This is because without full written disclosure of the definition and consequences of such supposed "citizenship," provided in a document bearing my signature given freely without misrepresentation or coercion, their can be no binding contract.

I was brainwashed through government propaganda in a Government controlled school system that under threat of force I was made to attend. Being a US Citizen was taught as if it's a privilege and patriotism through a pledge of allegiance daily was

perverted to that end. This was gross fraud, Press ganging, unlawful conversion, on a grandees scale therefore having recently learned of this fraud, I, Declare that;

I am not a "United States citizen." I am not a "resident of," an "inhabitant of," a "franchise of," a "subject of," a "ward of," the "property of," the "chattel of," or "subject to the jurisdiction of" any "monarch" or any corporate "commonwealth," "federal," "state," "territory," "county," "council," "city," "municipal body politic," or other "government" allegedly "created" under the "authority" of a "constitution" or other "enactment." I am not subject to any "legislation," department, or agency created by such "authorities," nor to the "jurisdiction" of any employees, officers, or agents deriving their "authority" therefrom. NO, I a living soul, am NOT a 14th Amendment US Citizen or subservient slave thereof.

Nor do any of the "statutes" or "regulations" of such "authorities" apply to me or have any "jurisdiction" over me. I do not consent.

Further, I am not a subject of any "courts" or bound by "precedents" of any "courts," deriving their "jurisdiction" from said man made and perceived "authorities."

Take notice that I hereby cancel and make void from the beginning any such "instrument" or any presumed "election" made by any "government" or any agency or department thereof, that I am or ever have voluntarily elected to be treated as a subject of any "monarch" or as a citizen," or a "resident" of any "commonwealth," "state,"

"territory," "possession," "instrumentality," "enclave," "division," "district," or "province," subject to their "jurisdiction(s).

10. "Constitution":The document supposedly setting forth the foundations of a "country" and "its" "government," has no inherent authority or obligation. A "constitution" has no authority or obligation at all when concerning people, unless as a contract between two or more individual foreign Nation States, and then it is limited only to those states who have specifically entered into it. At most, such a document could be a contract between the existing people at the time of its creation, but no-one has the right, authority, or power to bind their posterity. I have not knowingly, voluntarily and intentionally entered into any such "constitution" contract to oblige myself thereby, therefore such a document is inapplicable to me, and anyone claiming to derive their "authority" from such a document has no "jurisdiction" over me. Especially since the original and organic constitution of 1787 itself was subverted by look a like sound a like fraud in 1868 by the corporate UNITED STATES of AMERICA.

11. Use of semantics:    There are some immature people with mental imbalances, such as the craving to dominate other people, who masquerade as "government," and "Authority" that call the noises and scribbles that emanate from their mouths and pens "the law" which "must be obeyed." Just because they alter definitions of words in their "law" books to their supposed advantage, doesn't mean that I accept those definitions. The fact that they define the words "person," "address," "mail," "resident," "motor

vehicle," "driving," "passenger," "employee," "income," "Zip Code" and many others, in ways vastly different from the common usage, so as to be associated with a subject or slave status, means nothing in real life to, I, a man, a living soul, created by God.

Because the private for profit "courts" and it's "court administrators", have become entangled in the game of semantics, be it known to all "courts" and all parties, that if, I have, ever signed any document or spoken any words on record, using words defined by twists in any "law" books different from the common usage, their can be no effect whatsoever on my sovereign status in society thereby, nor can their be created any "obligation" to perform in any manner, by the mere use of such words. Where the definition in the common dictionary differs from the definition in the "law" dictionary, it is the definition in the common dictionary that prevails, because it is more trustworthy, than the actors who pretend to use "Assumption" and "Presumption" of perceived facts.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my natural inherent rights. I have waived none of my intrinsic rights and freedoms by my use thereof. Furthermore, my use of such compelled "benefits" may be temporary, until alternatives become available, practical, and widely recognized.

**REVOCATION OF POWER OF ATTORNEY**

I, hereby revoke, rescind, cancel, and make void from the beginning, all powers of attorney, in fact or otherwise, implied in "law" or otherwise, signed either by me or anyone else, as it pertains to any "tax file/identification number" and/or "social security number" assigned to me, as it pertains to my "birth certificate," and "SSI" or as it pertains to any and all other numbers, "licenses," "certificates," and other "instruments" issued by any and all "government" and quasi-"governmental" departments or agencies, due to the use of various elements of fraud by said agencies to attempt to deprive me of my sovereignty and/or my private property.

I, hereby waive, cancel, repudiate, and refuse to knowingly accept any alleged "benefit" or "gratuity" associated with any of the aforementioned numbers, "licenses," "certificates," and other "instruments." My use of any such numbers, "Licenses," "certificates," or other "instruments" has been for information purposes only, and absolutely does not grant any "jurisdiction" to anyone that is not expressly in writing giving freely by me, with full disclosure.

I, do hereby revoke and rescind all powers of attorney, in fact or otherwise, signed by me or otherwise, implied in "law" or otherwise, with or without my consent or knowledge, as it pertains to any and all property, real or personal, corporeal or incorporeal, obtained in the past, present, or future. I am the sole and absolute owner and possess allodial title to any and all such property.

Take notice; that I, also revoke, cancel, and make void from the beginning all powers of attorney, in fact, in presumption, or otherwise, signed either by me or anyone else, claiming to act on my behalf, with or without my consent, as such power of attorney pertains to me or any property owned by me, by, but not limited to, any and all quasi/ colorable, public, "governmental" departments, agencies or corporations or subsidiary corporations on the grounds of constructive fraud, concealment, and nondisclosure of pertinent facts constituting Fraud.

I, affirm that all of the foregoing is true and correct. I affirm that I am competent and of sound mind, to make this Affidavit. I hereby affix my own Autograph to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific right not to be bound by any "contract" or "obligation" which I have not entered into knowingly, voluntarily, intentionally, and without misrepresentation, duress, or coercion, or through fraud and/or the misrepresentations of others.

I, having preveously already notified through another/and additional correspondence; To: Donald J. Trump  As: The PRESIDENT OF THE UNITED STATES 1600 Pennsylvania Ave. Washington, District of Columbia  To: Rex Tillerson As: The SECRETARY OF STATE OF THE UNITED STATES 2201 C Street NW. Washington, District of Columbia 20520   To: Jeff Sessions As: The ATTORNEY GENERAL OF THE UNITED STATES c/o U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, District of Columbia 20530-0001   To: Ellen Rosenblum As: The ATTORNEY GENERAL of STATE OF OREGON 1162 Court Street NE Salem, STATE OF OREGON 97301-4096

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent.

I, say here and will verify in open common law court that all herein be true. By special appearance, and as a courtesy only.

The use of notary below is for the explicit purpose of a "**Jurat Certificate**" and for "**Identification only**", and such use does not grant any "jurisdiction" to anyone other than I, for or on my own behalf.   meaning of jurisdiction  juris = law  diction = words

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and without recourse,

(Printed Name): *Jamie Faye Cobat*

Principal, by Special Appearance, proceeding Sui Juris.         UCC 1-308

Autographed by: *Jamie Faye Cobat* on this, the 30 day of June, 2017  With out Prejudice with out Recourse
UCC 1.308

"Notary Public", as "Jurat Certificate"

On this 30 day of June, 20 17, before me, the undersigned, a Notary Public, in and for, Deschutes County, Oregon State, personally appeared the

above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he personally has executed the same.

Signed: *Rachel Cooper*

Printed Name: Rachel Cooper

Date: June 30, 2017

Address: PO Box 538, Christmas Valley, OR 97641

(seal)
OFFICIAL STAMP
RACHEL LYNN COOPER
NOTARY PUBLIC-OREGON
COMMISSION NO. 952980
MY COMMISSION EXPIRES AUGUST 03, 2020

page 9