# Social Security Administration
Important Information

SOCIAL SECURITY
SUITE 110
1390 WAVERLY DRIVE SE
ALBANY, OR 97322-6945
Date: July 20, 2017
Claim Number: 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
B76

JAMIE F. COBAT
2189 MAYFLY ST
LEBANON, OR 97355-3975

Dear JAMIE COBAT

We are writing to tell you that you **cannot** enter any Social Security office for any reason. This restriction means that if you enter a Social Security office, you can be arrested and charged with trespassing.

### Why You May No Longer Enter An Office

Your actions by telephone violated our regulations. The regulations prohibit threatening or disorderly conduct directed at our personnel or Federal property. Specifically, on July 20, 2017, you threatened the staff by stating, "you will regret this you capital letter (explicit)".

### If You Receive Other Letters From Us

In the future, you may receive letters from us that advise you to contact us if you have questions about that letter. **Do not** enter a Social Security office based on one of these letters, even if the letter provides that option.

We will allow you to enter one of our offices **only** if we send you a **certified letter with the specific date and time of an appointment**.

### If You Need to Contact Us

If you need to contact us, you still have several options:

- You may use the online services available on our website at www.socialsecurity.gov on the Internet.

- You may call our national toll-free number at 1-800-772-1213 between the hours of 7:00 am and 7:00 pm, Monday through Friday. Do **not** try to schedule an in-person appointment through this number. If you are deaf or hard of hearing, you may call our toll-free TTY number at 1-800-325-0778.

- You may write to us at:

SOCIAL SECURITY
SUITE 110
1390 WAVERLY DRIVE SE
ALBANY, OR 97322-6945

See Next Page

You must address all of your letters to the attention of the office manager.

- With your written consent, another person may call, write, or visit us to conduct business on your behalf.

### If You Disagree With Our Decision

If you disagree with our decision to restrict you from entering Social Security offices, you can send us an appeal within 60 days of the date of this letter. Your appeal must be in writing. It must include your name, address, Social Security number, claim number (if you have applied for or receive benefits), and any supporting evidence. Your appeal should explain in detail why we should allow you to enter our offices. Please mail your appeal to:

1390 Waverly Dr. SE. STE 110, Albany, Oregon 97322

We will respond to your appeal in writing. We will continue to enforce the ban until we have made a decision on your appeal. **Do not** try to enter a Social Security office while we are considering your appeal.

### You Can Request A Periodic Review Of Our Decision

You may request a review of our decision every three years. The three-year period starts with the date of this letter. You may submit your request for review starting July 20, 2017. Please submit it to the address shown above for appeals. Your request should include your name, address, Social Security number, claim number (if you have applied for or receive benefits), and the office that sent you the letter restricting you from entering our offices. Your request should clearly state why we should lift the restriction on in-person service. You should also submit related evidence. We will send you our decision in writing. You will not be able to appeal our decision.

### If You Have Any Questions About This Letter

If you have any questions about this letter, you may call the office manager at 877-405-9196.

*Social Security Administration*