BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**HELEN L. COOPER, OSB #871957**
Assistant United States Attorney
Helen.Cooper@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone: (541) 465-6771
Facsimile: (541) 465-6917
Attorneys for United States of America

FILED 17 AUG '17 11:48 USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16-CR-00187-MO |
| Plaintiff, | |
| v. | GOVERNMENT'S SENTENCING EXHIBIT 1 |
| JAMIE FAYE COBAT, | Sentencing 8/23/17, 11:00 a.m. |
| Defendant. | |

Exhibit 1 to the Government's Memorandum – a CD containing one audio file of Defendant's Voicemail to SSA Albany Field Office Employee.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney
Assistant United States Attorney

*s / Helen L. Cooper*
HELEN L. COOPER, OSB #871957
Assistant United States Attorney

**U.S. ATTORNEY'S OFFICE**
**DISTRICT OF ORE-**
SENSITIVE BUT UNCLASSIFIED

United States

v

Jamie Faye Cobat

3:16-CR-00187-MO

8-17-2017

AUSA Helen Cooper

AUSA Gavin Bruce

Government's Sentencing Exhibit #1

Audio file of Defendant's Voicemail to SSA Albany Field Office Employee