

RECVD 16 AUG '17 10:41 USDC-ORP
FILED 18 AUG '17 16:34 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA                CASE NO 3:16-CR-187-MO

VS

JAMIE FAYE COBAT, dba artificial entity

       Affiant

by; jamie faye; of family Cobat - A Living Soul, as Sui Juris

Date:  16, August 2017

To: Michael S. Mosman
To: Mary L. Moran

# AFFIDAVIT and URGENT NOTICE: CHALLENGE OF JURISDICTION, PROBATION/SENTENCING CONTRACT OFFER NOT ACCEPTED

1) I, jamie-faye; Cobat a living soul, Sui Juris, as a courtesy and by "special Appearance" only without any waiver of rights, having only just recently learned of the fraud committed by the courts and those of perceived authority in this De Facto Government who having created a false fictional entity known as JAMIE FAYE COBAT and is being charged as such, hereby Demand a Dismissal with extreme prejudice.



2) I, jamie-faye; Cobat a living soul, Sui Juris, do hereby declare as a living soul, that I am Sui Juris and demand that I, be recognized as such. I, jamie-faye; Cobat am not Pro Se. I do not Consent.

3) I, jamie-faye; Cobat a living soul, Sui Juris, am **NOT** a "PERSON" **NOR, NEITHER, NOT** I, a "US CITIZEN". I do Not Consent.

4) I, jamie-faye; Cobat have only filed AFFIDAVITS, or NOTICES, and I, have **NOT** filed MOTIONS, and I, have **NOT** filed any "Generic Documents". If an AFFIDAVIT is not challenged within 30 days "point by point" it is FACT and on the record. Time is past, NONE of my Affidavits were challenged within 30 days.

5) I, jamie-faye; Cobat a living soul, Sui Juris, In OBJECTION to Letter from Social Security Threatening my arrest if I should enter any Social Security Office stating that I, Threatened them in any way. I have the entire conversation recorded and have played it for (and I am submitting it in writing with recording attached to them) a SSI internal investigator in the Maryland Office who is investigating my Claim and she told me there was no threat. And, it should take about 90-120 days for her to investigate and remove this from the record.

6) I, jamie-faye; Cobat a living soul, Sui Juris, am not a Resident of the District of Columbia or any districts so claimed by "The Corporation



and its Zip Codes calling itself the "UNITED STATES" or any Appellation thereof. I do not consent.

7) I, jamie-faye; Cobat a living soul, Sui Juris, having recently learned of the fraud state <u>for the record</u> that "THERE IS NO CONTRACT" with the "UNITED STATES", "OREGON STATE", "ANY COURT", "JUDGE", "ATTORNEY", or "POLITICIAN" thereof. That there was not present the 7 elements of a contract or Full and Honest disclosure. Nor was there ever a time where I was not under duress raising a handicapped child and dealing with an abusive ex- husband.  Neither was there, <u>both</u> mine and another(s) wet ink signatures on any such document(s).

8) I, jamie-faye; Cobat a living soul, Sui Juris, to the best of my knowledge state that Both SSI, and State of Oregon regarding all three charges shows a ZERO Balance owing and I have recorded conversations and or emails stating "paid in full" showing all overpayments have been resolved. And that the "Out of State Wire" charge was made available and requested by SSI as a method for payment, That I, was told that was the only way to receive payment.

9) I, jamie-faye; Cobat a living soul, Sui Juris, instruct you to discharge this entire matter, with extreme prejudice and award the penalties for the crimes to be paid to me in compensation and damages for bringing



false charges and arrest. Plus a charge of $1. / per Minute or $1,440. / per day, from date of indictment to date of dismissal.

10) I, jamie-faye; Cobat a living soul, Sui Juris, Demand after dismissal that all information of myself be removed/stricken from the record, including all physical and intellectual property.

11) I, jamie-faye; Cobat a living soul, Sui Juris, Demand that if you do not dismiss with extreme prejudice, that you provide me with a copy of the IRS form 1120, The judges Oath of Office and Both Public servant Bonds for my review and my appeal.

12) I, jamie-faye; Cobat a living soul, Sui Juris, Hereby notify the court of a pending appeal if not Dismissed.

13) I, jamie-faye; Cobat a living soul, Sui Juris, Have previously filed an "Accepted with Honor" an Affidavit showing I am quite aware of the Bid, Payment, and Performance Bonds, and the fraud associated therewith.

14) I, jamie-faye; Cobat a living soul, Sui Juris, Declare that if not promptly discharged, I will be requiring leave of court so that I may bring forth an actual and proper verifiable CLAIM before the court to address these Trespasses against me in the proper venue. i.e. Trespasses such as Bringing false charges, Unlawful Conversion, Barratry, fraud, unjust



enrichment, involuntary servitude/slavery, Peonage, Press ganging, Defamation of Character, and others

15) I, jamie-faye; Cobat a living soul, Sui Juris, Declare that, The words used are the words of the Author, and are plain and concise and common and should not be used or twisted in legalese.

16) I, jamie-faye; Cobat a living soul, Sui Juris, Declare that Upon indictment, arrest, finger printing and DNA swabbed, and to date, that at No Time during this process, have I, been read my "Miranda Rights". This being an extreme violation of my rights. And, just one more reason for the Case to be dismissed without Prejudice.

17) SEE ATTACHED "Notice to Clerk" I hereby mandate you to record this correspondence and Demand that it be made available on PACER under the above referenced case #, so it may be put on the record and found, and the record **corrected**.

Notice to agent is Notice to Principle,

Notice to Principle is Notice to Agent.

The use of notary below is for the explicit purpose of a **"Jurat Certificate"** and for **"Identification only"**, and such use does not grant any "jurisdiction" to anyone other than I, for or on my own behalf.

definition/meaning of jurisdiction  juris = law  diction = words

FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and without recourse,

(Printed Name): _Jamie faye Cobat_.

Principal, by Special Appearance, proceeding Sui Juris.     UCC 1-308

Autographed by: _Jamie faye Cobat_ on this, the _17_ day of _Aug_, 20_17_

"Notary Public", as "Jurat Certificate"

On this _17_ day of _August_, 20_17_, before me, the undersigned, a Notary Public, in and for, Deschutes County, Oregon State, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he personally has executed the same.

Signed: _Rachel Cooper_
Printed Name: _Rachel Cooper_
Date: _Aug. 17, 2017_
Address: _PO Box 538, Christmas Valley, OR 97641_

(seal) OFFICIAL STAMP
RACHEL LYNN COOPER
NOTARY PUBLIC-OREGON
COMMISSION NO. 952980
MY COMMISSION EXPIRES AUGUST 03, 2020