IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cr-00187-MO<br>~~Case No.: 3:16-cr-00453-AA-1~~ |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| Jamie Faye Cobat, | |
| Defendant. | |

IT IS ORDERED that the Federal Public Defender is hereby appointed to act as counsel for Jamie Faye Cobat, pursuant to 18 U.S.C. 3006A(c). Specifically, the Federal Public Defender has designated AFPD Mark Ahlemeyer as counsel to be appointed.

DATED this 1st day of September 2017.

The Honorable Michael W. Mosman
United States District Court Judge

Submitted by:

Lisa Hay/Mark Ahlemeyer
Attorney for Defendant

Page 1   ORDER APPOINTING COUNSEL