BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**HELEN L. COOPER, OSB #871957**
helen.cooper@usdoj.gov
**GAVIN W. BRUCE, OSB # 113384**
gavin.bruce@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone:   (541) 465-6771
Facsimile:    (541) 465-6917
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:16-CR-00187-MO |
| v. | MOTION FOR ENTRY OF AN AMENDED PRELIMINARY ORDER OF FORFEITURE |
| JAMIE FAYE COBAT, | AND FINAL ORDER OF FORFEITURE AND MONEY JUDGMENT |
| Defendant. | |

The United States of America, by and through its counsel, Billy J. Williams, United States Attorney for the District of Oregon, and Helen Cooper and Gavin Bruce, Assistant United States Attorneys, respectfully moves this Court for an Amended Preliminary Order of Forfeiture and Final Order of Forfeiture and Money Judgment as to Jamie Faye Cobat.   This Preliminary Order of Forfeiture has been amended to reference the correct custodial agency in paragraph 7 of the Preliminary Order.

On April 6 2017, Jamie Faye Cobat was found guilty by jury verdict on each of the four counts in the Superseding Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2) and 28 U.S.C. § 2461(c), thereby making forfeitable to

the United States all property, real or personal, which constitutes or is derived from proceeds traceable to the violations, to include, a money judgment against Defendant in the amount of $27,917.

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the government submitted the original, proposed Preliminary Order of Forfeiture and Final Order of Forfeiture and Money Judgment in advance of sentencing to allow Defendant the opportunity to suggest modifications or revisions.    The sentencing hearing set for August 23, 2017, did not proceed as intended, however, the Preliminary Order was entered without objection (ECF No. 110). Sentencing has been reset for November 1, 2017.

WHEREFORE, the United States moves this Court for an Amended Preliminary Order and Final Order of Forfeiture and Money Judgment, correcting the custodial agency referenced in paragraph 7 of the Preliminary Order.

DATED this 16th day of October 2017.

                Respectfully Submitted,

                BILLY J. WILLIAMS
                United States Attorney

                *s/ Helen L. Cooper*
                HELEN L. COOPER
                Assistant United States Attorney

                *s/ Gavin W. Bruce*
                GAVIN W. BRUCE
                Assistant United States Attorney