January 23, 2018

**Narratives for JAMIE F. FOX COBAT**

---

**397 of 404**  Entered: **01/18/2017 (Wednesday)**  By: **HW13445 2202**  Cont: **PHON**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

Worker was able to print WISH screen for Jamie and Narration # 358 of last Oregon Trail card she received. No need to contact worker MV as Jamie says this is enough information requested. She states she did not receive TANF after March 2012.

---

**396 of 404**  Entered: **01/18/2017 (Wednesday)**  By: **HW13445 2202**  Cont: **PHON**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

Received phone call from Jamie. Requesting to have a print out of TANF and SNAP benefits received from March 2012-December 2014. Jamie state she is going to court and this print out will prove she no longer received TANF after March 2012. Per previous narration form MSC 2093 was received 10-17-2016 and given to worker MV. Worker will connect with worker MV. Inquiry sent via outlook.

---

**395 of 404**  Entered: **10/19/2016 (Wednesday)**  By: **HW10217 2203**  Cont: **MAIL**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

Rec'd MSC 2093 request for access to records, 10-17-16 BR/10-19-16 PC. Gave to MV.

---

**394 of 404**  Entered: **10/18/2016 (Tuesday)**  By: **HW12195 2201**  Cont: **OTH**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

Received in drop box on 10/17/16, Request for access to records, case in 2203, scanned to 2203 today.

---

**393 of 404**  Entered: **05/23/2016 (Monday)**  By: **HR01617 5503**  Cont: **OTH**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

5503 APD team/CCBC. APD tasks in ONE. Per application Jamie Fox Cobat is disabled or legally blind. OHP medical approved for her. No action taken. Marked APD task as Invalid APD Application referral. K5.

---

**392 of 404**  Entered: **05/09/2016 (Monday)**  By: **HR01676 5503**  Cont: **PHON**  Narr: **ELIG**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

CSU 5503/CCBC Neil/L6 ONE Case Number: 400192924 Restored DHR case AO7591 for Jamie with start date of 05/01/2016 and N/R of 05/2016 for the concurrent benefits process. Enrolled into Pacific Source CCOA effective 05/16/2016.

---

**391 of 404**  Entered: **05/06/2016 (Friday)**  By: **HR02160 5503**  Cont: **PHON**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

05/06/2016 - T9/5503 AG ** Client would like an open card due to homeless status ** Wendy

---

**390 of 404**  Entered: **05/06/2016 (Friday)**  By: **HR02160 5503**  Cont: **PHON**  Narr: **CASE**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

05/06/2016 - T9/5503 AG - COBAT, JAMIE called to submit an application over the phone due to letter received asking them to submit application/information or their benefits will be closed ** 7210 entered in ONE; no paper application ** Verbal signature saved to AG Pends ** Prime # AO75917A** DOR of: 05/06/2016 ** CCI #: 146122 ** Case #: 400192924 ** Applying: Jamie; removed male from CCI conversion case ** Eligibility: MAGI-IND ** No income ** Advised client to access benefits under an open card for next 10-15 days ** Authorized and approved ** Wendy

---

**389 of 404**  Entered: **12/21/2015 (Monday)**  By: **HW0012? 2301**  Cont: **OTH**  Narr: **OVPI**  Tickler:
210/A:                          Status: **Normal**                         IEVS chkd:

***do not disclose to client that ovp is going criminal***