| | |
|---|---|
| **Sent:** | Wednesday, January 18, 2017 1:13 PM |
| **To:** | VAUGHN Marie |

Hi Marie

Customer called request for records. Per narration # 395 the request was given to worker MC on 10/19/2016. Could you tell me if the information was sent out to customer.
Jamie Fox Cobat

F 88828035

Requesting
TANF and SNAP verification of benefits received in March 2012- December 2014.
She is stating this will prove she last received TANF in March 2012.
She states in

Stella Gonzales
Branch Operations Manager Developmental
Self Sufficiency
44 Industrial Way Suite D
Lebanon OR 97355
Phone: 541-259-5893
Fax: 541-259-5857
Email: Stella.Gonzales@state.or.us

*Integrity - Stewardship - Responsibility - Respect - Professionalism - Innovation - Service equity*

CONFIDENTIALITY NOTICE
This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law.  If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.  Thank you.