## Cooper, Helen (USAOR)

**From:** Cooper, Helen (USAOR)
**Sent:** Thursday, January 05, 2017 5:07 PM
**To:** AUSTIN Karlene
**Subject:** Jamie Cobat SNAP spending history

Hi Karlene,

Happy New Year! I hope you had a wonderful holiday and are surviving the cold.

Could I please get a copy of Ms. Cobat's SNAP spending history? I don't remember what it's called, but they are the records that show where she spent her SNAP funds each month? I think we will likely need these records as impeachment evidence.

So far it's still looking like we're going to trial on April 4th, but I'll let you know if anything changes.

Thanks so much!

*Helen L. Cooper*
Special Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
(503) 727-1074