**Cooper, Helen (USAOR)**

| | |
|---|---|
| **From:** | HUNSUCKER Tana M <Tana.M.HUNSUCKER@dhsoha.state.or.us> |
| **Sent:** | Tuesday, January 02, 2018 8:26 AM |
| **To:** | Cooper, Helen (USAOR) |
| **Cc:** | Molthan Angela M |
| **Subject:** | RE: Jaime Cobat |

Hi Helen, yes Pre-SSI is the same thing as SFPSS and it is a type of TANF program. The Manual says this:

## State Family Pre-SSI Program -
## A. Program Intent and Overview


Printable PDF

### 1. Program Intent

The intent of the state Family Pre-SSI (SFPSS) program is to provide interim cash assistance, case management and professional level support to TANF-eligible adults and their family in pursuing Supplemental Security Income (SSI). The TANF-eligible adult must have severe physical or mental impairment(s) that has been assessed and determined to meet the program impairment criteria by the program's disability analyst.

I hope this helps. I've sent your question about the affidavit to my manager, Angela Molthan. Thanks.

**From:** Cooper, Helen (USAOR) [mailto:Helen.Cooper@usdoj.gov]
**Sent:** Friday, December 29, 2017 12:45 PM
**To:** HUNSUCKER Tana M <Tana.M.HUNSUCKER@dhsoha.state.or.us>
**Subject:** RE: Jaime Cobat

Thank you, Tana. To clarify, is "pre-SSI" the same thing as TANFSFP2? And, if so, does that mean that pre-SSI is a type of TANF benefit?

Ms. Cobat's attorney has filed a motion for a new trial alleging various things. I believe it would be helpful to have an Affidavit from you that essentially says what you say in your below email. I will draft the affidavit for your review. Can you please let me know if you need me to contact a supervisor in your office to get approval for you to sign this affidavit? My hope would be to have this affidavit by Wednesday.

Thanks so much, and happy new year!

Helen

Exhibit C
1 of 2

**From:** HUNSUCKER Tana M [mailto:Tana.M.HUNSUCKER@dhsoha.state.or.us]
**Sent:** Monday, December 18, 2017 11:00 AM
**To:** Cooper, Helen (USAOR) <HCooper@usa.doj.gov>
**Subject:** Jaime Cobat

Hi there, I was the overpayment writer on this case and I'll try to explain the TANF ovp. I've attached the ebt journal and the screen showing the TANF issuances (this page was in the original packet). TANF payments were listed under ADCBASCM and was rec'd for 9/12 @$133.00, ADCBASCM for 10/12 @$133.00 and then a supplement was also issued for 10/12 @$206.00. The coding was changed to TANFSFP2 beginning in 11/12. They were then issued every month from 11/12 – 5/13 with coding of TANFSFP2 @$339.00 each month. I believe maybe you missed the $133.00 issuance for 10/12. She was eligible for TANF due to having a child but that child was not eligible for TANF due to receiving SSI. Jamie did not have the child, therefore, not eligible for TANF or Pre-SSI making everything that was rec'd for the TANF program total ineligibility. I hope this helps answer the questions. Thank you.

Tana Hunsucker
Compliance Specialist 2
Office of Payment, Accuracy and Recovery/Overpayment Writing Unit
186 East Lane Ste 4
Ontario, OR 97914
541-889-9194 ext. 319
541-889-0903 Fax
Tana.M.Hunsucker@state.or.us



DHS | Oregon Department of Human Services

**Confidentiality Disclaimer:**

This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.