**Cooper, Helen (USAOR)**

**From:** Cooper, Helen (USAOR)
**Sent:** Wednesday, December 20, 2017 3:01 PM
**To:** 'Mark Ahlemeyer'; Bruce, Gavin (USAOR)
**Cc:** Susan Moffatt
**Subject:** RE: US v. Cobat - pre-ssi vs TANF issue
**Attachments:** cobat OP doc 2.pdf; cobat op doc 1.pdf

Hi Mark,

I received the below explanation from the overpayment writer. She confirmed that Ms. Cobat was ineligible for all of the TANF payments, including the pre-SSI, due to not having Bryce in the home.

SSI is issued by SSA. This "pre-SSI" benefit administered by DHS is under the TANF umbrella and requires that a child be in the home. As I understand it, since she had her SSI appeal pending with SSA, DHS was able to supplement her $133 TANF with $206 pre-SSI TANF. The fact that she ended up prevailing on her SSA appeal does not change the fact that she was ineligible for any form of TANF, including pre-SSI, because Bryce was not in the home.

I'm also attaching the two attachments mentioned by the overpayment writer below. Two payments of $133, one payment of $206, and seven payments of $339 = $2,845.

Helen

Hi there, I was the overpayment writer on this case and I'll try to explain the TANF ovp. I've attached the ebt journal and the screen showing the TANF issuances (this page was in the original packet). TANF payments were listed under ADCBASCM and was rec'd for 9/12 @$133.00, ADCBASCM for 10/12 @$133.00 and then a supplement was also issued for 10/12 @$206.00. The coding was changed to TANFSFP2 beginning in 11/12. They were then issued every month from 11/12 – 5/13 with coding of TANFSFP2 @$339.00 each month. I believe maybe you missed the $133.00 issuance for 10/12. She was eligible for TANF due to having a child but that child was not eligible for TANF due to receiving SSI. Jamie did not have the child, therefore, not eligible for TANF or Pre-SSI making everything that was rec'd for the TANF program total ineligibility. I hope this helps answer the questions. Thank you.

**From:** Mark Ahlemeyer [mailto:Mark_Ahlemeyer@fd.org]
**Sent:** Thursday, December 14, 2017 5:28 PM
**To:** Cooper, Helen (USAOR) <HCooper@usa.doj.gov>; Bruce, Gavin (USAOR) <gbruce@usa.doj.gov>
**Cc:** Susan Moffatt <Susan_Moffatt@fd.org>
**Subject:** US v. Cobat - pre-ssi vs TANF issue

Helen and Gavin,

Thank you for speaking with me earlier today about Ms. Cobat's case. As I mentioned, I am very concerned that Ms. Cobat was convicted of receiving TANF benefits that she did not actually receive. I now have her EBT (Oregon Trail

1

**Exhibit D**
**1 of 1**