**Cooper, Helen (USAOR)**

| | |
|---|---|
| **From:** | Cooper, Helen (USAOR) |
| **Sent:** | Thursday, January 25, 2018 9:55 AM |
| **To:** | 'Molthan Angela M'; FADDEN Svetlana A; Ring Patrick J |
| **Subject:** | RE: Pre-SSI question |

Thank you. This was very helpful!

Helen

**From:** Molthan Angela M [mailto:ANGELA.M.MOLTHAN@dhsoha.state.or.us]
**Sent:** Thursday, January 25, 2018 9:45 AM
**To:** FADDEN Svetlana A <Svetlana.A.FADDEN@dhsoha.state.or.us>; Cooper, Helen (USAOR) <HCooper@usa.doj.gov>; Ring Patrick J <PATRICK.J.RING@dhsoha.state.or.us>
**Subject:** FW: Pre-SSI question

*Our current practice is to look at the program code and the benefits issued, if the case is coded 2 or 82 we establish the overpayment under that code.* ==Overpayment writers do not determine if the case is federally funded, state funded or a mix. We don't have any systematic way to capture funding types, only programs codes.==

**Angela Molthan**
Manager
Overpayment Writing Unit
503.378.8097
Angela.M.Molthan@dhsoha.state.or.us


**From:** Cooper, Helen (USAOR) [mailto:Helen.Cooper@usdoj.gov]
**Sent:** Wednesday, January 24, 2018 4:28 PM
**To:** Ring Patrick J <PATRICK.J.RING@dhsoha.state.or.us>; FADDEN Svetlana A <Svetlana.A.FADDEN@dhsoha.state.or.us>
**Cc:** ANDREWS Tracie <Tracie.ANDREWS@dhsoha.state.or.us>; Kirk Brian A <BRIAN.A.KIRK@dhsoha.state.or.us>
**Subject:** RE: Pre-SSI question

Thank you for this response. In Ms. Cobat's case, most of the $2,845 "TANF" overpayment was pre-SSI payments. Can you please help me understand (so I am able to explain to the judge and defense counsel) why the pre-SSI overpayment is included in the (federally-funded) TANF category?

I'm happy to discuss on the phone if that is easier.

Thanks again.

*Helen L. Cooper*
Assistant United States Attorney

1

**Exhibit E**
**1 of 1**