BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**HELEN L. COOPER, OSB #871957**
Helen.Cooper@usdoj.gov
**GAVIN W. BRUCE, OSB # 113384**
Gavin.Bruce@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401-2708
Telephone:  (541) 465-6771
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:16-cr-00187-MO** |
| v. | **GOVERNMENT'S MOTION TO VACATE JURY VERDICT** |
| **JAMIE FAYE COBAT,** | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon, through Helen L. Cooper and Gavin W. Bruce, Assistant United States

Attorneys, hereby moves the Court for an Order vacating the jury's verdict as to Counts One,

Two and Four.

///

///

///

**Government's Motion to Vacate Jury Verdict, 3:16-cr-00187-MO,** *Cobat*                    **Page 1**

This motion is made in the interest of justice as a result of further investigation and defendant's guilty plea in matter 3:18-cr-00256-MO.

Dated: June 1, 2018                              Respectfully submitted,

                                                 BILLY J. WILLIAMS
                                                 United States Attorney


                                                 *s/ Helen L. Cooper*
                                                 HELEN L. COOPER, OSB #871957
                                                 Assistant United States Attorney

                                                 *s/ Gavin W. Bruce*
                                                 GAVIN W. BRUCE, OSB # 113384
                                                 Assistant United States Attorney