UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00187-MO |
| v. | ORDER TO VACATE JURY VERDICT |
| JAMIE FAYE COBAT, | |
| Defendant. | |

This matter having come before the Court on the government's motion, and there being no objection;

IT IS HEREBY ORDERED that the jury's guilty verdicts as to Counts One, Two and Four are vacated and dismissed. It is further ordered that the forfeiture allegation is withdrawn.

The above-referenced case is hereby dismissed.

Dated: June __5__, 2018.

THE HONORABLE MICHAEL M. MOSMAN
Chief United States District Court Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Helen L. Cooper*
HELEN L. COOPER
Assistant United States Attorney

*s/ Gavin W. Bruce*
GAVIN W. BRUCE
Assistant United States Attorney